IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN WILLIAMSON,

      Plaintiff,                    No. 2:09-cv-1651 FCD JFM PS

   vs.

BILL HONIG, et al.,

      Defendants.             <u>ORDER</u>

_____/

        On January 4, 2010, plaintiff filed a one page document entitled "Plaintiff's Amended Complaint. . . ." <u>Id.</u>  This action was closed on December 14, 2009.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: January 14, 2010.

                                             UNITED STATES MAGISTRATE JUDGE

/001; williamson.58